1  **POLSINELLI LLP**
   CHRIS HOLM (SBN: 249388)
2  cholm@polsinelli.com
   Telephone:  (310) 556-1801
3  Facsimile:  (310) 556-1802

4  Attorneys for Plaintiff
   UPAID SYSTEMS, LTD.
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UPAID SYSTEMS, LTD., | Case No. 8:18-cv-00744-AB-SS |
|---|---|
| Plaintiff, | Hon. Andre Birotte Jr. |
| v. | **STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)** |
| OCEAN BREEZE PACIFIC, LLC (dba LUCY'S LAUNDROMAT & FLUFF N FOLD), a California Limited Liability Company, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to dismissal of this action and all claims, defenses, and counterclaims asserted therein.  The parties agree that dismissal shall be with prejudice.

STIPULATION OF DISMISSAL        -1-

74812547.1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | **POLSINELLI LLP** |
| 3 | DATED: June 13, 2022 | By: */s/ Chris Holm* |
| | | Chris Holm |
| 4 | | |
| | | Attorneys for Plaintiff |
| 5 | | UPAID SYSTEMS, LTD. |

 

**PERKINS COIE LLP**

DATED: June 13, 2022

By: */s/ Lara J. Dueppen*
Lara J. Dueppen

Attorneys for Defendant
OCEAN BREEZE PACIFIC, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: June 13, 2022                           POLSINELLI, LLP

By: */s/ Chris Holm*